### HARE v. THE STATE.

(Decided January 21st, 1915.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Affirmed on the record.

---

### JONES v. THE STATE.

(Decided February 2nd, 1915.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.

---

### JORDAN v. THE STATE.

(Decided January 21st, 1915.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.

---

### LOUISVILLE & NASHVILLE R. R. CO. v. ROBERTS

(Decided January 12th, 1915.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

JONES, FOSTER & FIELDS, for appellant. McCORD & DAVIS, for appellee.

Per curiam. Dismissed by appellant.

---

### MARTIN v. THE STATE.

(Decided January 21st, 1915.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.